IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LINDA L. DAIGLE, <br><br> Defendant. | PO 24-5022-BLG-TJC <br><br><br> **ORDER** |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED. (Doc. 6.) The matter is dismissed without prejudice. Any debt associated with this matter that has been sent to the U.S. Treasury for collections shall be recalled.

IT IS FURTHER ORDERED that the warrant issued in the above-captioned case for Linda L. Daigle shall be QUASHED. The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 25th day of September, 2024.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge